678

## WOODWARD v. STATE.
### No. 20536.

Court of Criminal Appeals of Texas
June 14, 1939.

Nolan Queen, of Weatherford, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for driving while intoxicated a motor vehicle on a public road, punishment being by fine of $200 and fifty days in jail.

The indictment properly charges the offense. No bills of exception or statement of facts being found in the record, nothing is presented for review.

The judgment is affirmed.